**Opinion issued October 21, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00382-CV

———————————

## IN RE BAYBROOK MALL, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Baybrook Mall, LLC, has filed a petition for writ of mandamus, challenging the trial court's orders requiring relator to produce documents requested by real party in interest, the Harris County Appraisal District.[1]

---

[1] The underlying case is *Baybrook Mall, LLC v. Harris County Appraisal District*, Cause No. 2013-48336, in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We deny the petition. We vacate this Court's order, issued on May 13, 2014, staying the trial court's May 5, 2014 order in cause number 2013-48336.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.